# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2006

132065

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

CURTIS BRANCH,
　　　　Defendant-Appellant.

SC: 132065
COA: 260024
Wayne CC: 01-005124-01

_____/

　　　　On order of the Court, the application for leave to appeal the June 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

　　　　KELLY, J., would grant leave to appeal.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2006 _____

p1129　　　　　　　　　　　　　　　　　　　Clerk